UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COULIBALY CEDRIC ASSANE,<br><br>                    Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | CASE NO. C17-1240-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention. *See* Dkt. 5. On October 31, 2017, petitioner was removed to the Ivory Coast. Dkt. 14. "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention at the Northwest Detention Center, his claims were fully resolved by release from custody. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.* A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **November 29, 2017.** The Clerk should note the matter for **December 1, 2017**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 7th day of November, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge