UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COULIBALY CEDRIC ASSANE,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　　Respondent. | CASE NO. C17-1240-TSZ<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Petitioner's habeas petition is **DENIED** as moot.

(3) The Government's motion to dismiss, Dkt. 8, is **DENIED** as moot.

(4) This action is **DISMISSED** without prejudice.

DATED this 15th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1